IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | Case No. 2:20-cv-01908-CMR |
| **Plaintiff** | |
| v. | |
| SANJAY SINGH ROYAL BENGAL LOGISTICS, INC | **REPLY & COUNTER CLAIM JURY TRAIL REQUESTED MOTION TO DISMISS MOTION TO STIKE EXHIBIT A** |
| **Defendant** | |

**Defendants**, ROYAL BENGAL LOGISTICS, INC ("RBL"), SANJAY SINGH ("SINGH") (collectively the "Defendants"), by PRO-SE, hereby submit this REPLY with COUNTER CLAIM to the complaint (the "Complaint") of De Lage Landen Financial Services, Inc. ("DLL") as follows:

### Introduction

PLAINTIFF; Referred as "DLL" is a Michigan corporation, Defendants Referred as "SINGH" is a resident of Florida and "RBL" is a Florida corporation. DLL is an Equipment finance company.

1

## I. COUNT I-BREACH OF CONTRACT-LOANS 100-10192585 & 100-10202717 & 100-10203155

Defendant's "SINGH" and "RBL" denies allegation of default on the contract due to Unconscionable Contract. Defendant denies all default allegations as alleged.

Defendants Alleges damages of more than and seek counter claim of $50000.00 on each contract as alleged in the complaint

## II. Count II

## COUNT II-BREACH OF PERSONAL GUARANTY DE LAGE LANDEN V. SINGH/RBL

Defendants Denies all allegation as alleged due to unconscionable contract.

## III. Count III.

## COUNT III-UNJUST ENRICHMENT

Defendants denies all allegation, as alleged in the complaint.

**Defendants** specifically raise all affirmative defenses contained in Pa.R.C.P. No. 1030, and reserves its rights to raise any other affirmative defenses that may be revealed in discovery proceding

## Counter Claim

a) Defendants Claims that "DLL" and attorney for DLL are engaged in **Fraud** in attempt to expeditious recovery of financed money if any financed by the Plaintiff to the defendants.

b) Defendants also claim damages for business Interference, Intimidation, Extortion and defamation in excess of 1000,000.00 not including any punitive damages.

c) Defendants alleges that Plaintiff is in violation of **Truth in Lending Act (TILA)** as claimed under the Plaintiffs complaint of allegation in **Count II.**

### Jury Trial requested

1. Defendants Request Jury Trial in the interest of Justice

### Defendants Motion to dismiss

### Defendants files the Motion to dismiss on the following facts:

1. The Court lacks Jurisdiction; as per the complaint filed by the plaintiff, the plaintiff did not properly disclose to the court the relationship geographical and contractual relationship Between "DLL" & "RBL" and "SINGH" and is not appropriate.

2. The Court lacks Jurisdiction Due Federal Question arising from this matter, THEREFORE court lacks Subject Matter Jurisdiction.

3. Defendant moves to dismiss the plaintiffs claim due to "The Plaintiff fails to state a claim where relief can be granted".

### Motion to Strike

**Defendants** files this Motion to Strike Exhibit A from Plaintiffs complaint, alleging that Exhibit A is so **unintelligible** and illegible exhibits that defendants deeming the allegations of fact in a pleading to be so insufficiently claimed that adequate answer to the Complaint is impossible.

Respectfully submitted,

MAY 6TH, 2020

In Pro-se;

*SJAY SANGH* (signature)

SANJAY SINGH,

Royal Bengal Logistics, INC

3700 NW 109th Ave, Coral Springs, FL-33065
PH: (510) 342-6770
Email: Admin@rbltransports.com

4

## Certificate of Service

I hereby certify that on MAY 6TH, 2020, I filed the foregoing REPLY & COUNTER CLAIM; JURY TRAIL REQUESTED; MOTION TO DISMISSS; MOTION TO STIKE EXHIBIT-A to the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record; Service List in the manner specified, either via transmission of email as mutually agreed.

**SERVICE LIST**

Fred August Nehr, Esq.
Nehr Law LLC
213 West Miner Street
West Chester, PA 19382
610-441-9300 -main
610-200-5763 -fax
fnehr@nehrlaw.com
corotis@nehrlaw.com

By: _SJAY SANGH_ (signature)

**Sanjay Singh**

sjaysingh@gmail.com

3700 NW 109th Ave; Coral Springs, Florida 33065